# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-5369**   **September Term, 2013**

**1:10-cv-00196-BAH**

**Filed On: December 23, 2013** [1472093]

Electronic Privacy Information Center,

    Appellant

  v.

National Security Agency,

    Appellee

## O R D E R

The notice of appeal was filed on December 17, 2013, and docketed in this court on December 20, 2013. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | January 22, 2014 |
| Docketing Statement Form | January 22, 2014 |
| Entry of Appearance Form | January 22, 2014 |
| Procedural motions, if any | January 22, 2014 |
| Statement of Intent to Utilize Deferred Joint Appendix | January 22, 2014 |
| Statement of Issues to be Raised | January 22, 2014 |
| Transcript Status Report | January 22, 2014 |
| Underlying Decision from Which Appeal or Petition Arises | January 22, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | February 6, 2014 |

It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-5369**                                                           **September Term, 2013**

      **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | January 22, 2014 |
| Entry of Appearance Form | January 22, 2014 |
| Procedural motions, if any | January 22, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | February 6, 2014 |

It is

      **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

      **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

      **FOR THE COURT:**
      Mark J. Langer, Clerk

      BY:   /s/
                Lynda M. Flippin
                Deputy Clerk

The following forms and notices are available on the Court's website:

    Civil Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form
    Request to Enter Appellate Mediation Program
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases